170 A.3d 297

## LAW OFFICE OF MCGILL & WOOLERY

v.

## ORPHANS' COURT FOR PRINCE GEORGE'S CO.

**Pet. Docket No. 223, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

(No. CAL16–28972, Circuit Court for Prince George's County.)

Petition for writ of certiorari denied

170 A.3d 297

## LAWRENCE, Pompey

v.

## STATE of Maryland

**Pet. Docket No. 187, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Opinion of the Court of Special Appeals unreported (No. 119, Sept.Term, 2016).

Petition for writ of certiorari denied